PROB 12B
(7/93)

Report Date: February 15, 2007

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ruben Guzman

Case Number: 2:00CR02058-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/03/2000

Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance (Methamphetamine), 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 08/28/2005

Original Sentence: Prison - 77 Months; TSR - 36 Months

Date Supervision Expires: 08/27/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center until April 3, 2007. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Guzman's terms of supervision were modified on September 29, 2006, to include home detention with electronic monitoring for 180 days. Said term of home detention is scheduled to expire on April 3, 2007. At this time, Mr. Guzman has reported to the undersigned officer that he can no longer continue on home detention with electronic monitoring due to relationship issues with his girlfriend who he resides with. He has now requested that he be placed at a residential reentry center until April 3, 2007, in lieu of the remaining term of home confinement.

Respectfully submitted,

by *[signature]*

Richard B. Law
U.S. Probation Officer
Date: February 15, 2007

Prob 12B
Re: Guzman, Ruben
February 15, 2007
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

February 15, 2007
Date