PROB 12B
(7/93)

Report Date: January 24, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 4 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ruben Guzman                    Case Number: 2:00CR02058-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/03/2000             Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled    Date Supervision Commenced: 08/28/2005
Substance (Methamphetamine), 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 77 Months;            Date Supervision Expires: 08/27/2008
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall complete 8 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than March 24, 2008.

### CAUSE

Ruben Guzman failed to report for random urinalysis testing on January 19, 2008. This is the sixth failure to report for substance abuse testing in last 6 months. Despite ongoing verbal reprimands, and lengthy discussions between the defendant and the undersigned officer, Mr. Guzman has demonstrated a pattern of failing to comply with the testing conditions. Although there has not been any additional evidence that would suggest drug use, the concern remains when an offender fails to report for urinalysis testing. The imposition of the above condition is an appropriate sanction to address Mr. Guzman's failure to report for random urinalysis testing, which he has agreed to, as evidenced by the attached signed waiver of hearing to modify conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/24/08

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Guzman, Ruben**
**January 24, 2008**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*(signature)*
Signature of Judicial Officer

January 30, 2008
Date